UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANGELA RILEY, | ) | |
| KATHRYN KNIGHT, and | ) | |
| JODONNA BROWN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-0391-WTL-DML |
| | ) | |
| CITY OF KOKOMO, INDIANA, | ) | |
| HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING**
**JOINT MOTION TO DISMISS CLAIMS OF KATHRYN KNIGHT ONLY**

Plaintiff Kathryn Knight, by counsel, and Defendant City of Kokomo, Indiana Housing

Authority, by counsel, have filed a motion to dismiss all claims of Kathryn Knight ONLY, for

the reason that the parties have settled her claims and the parties will bear their own costs,

including attorney fees.

It is therefore ORDERED that all claims of Kathryn Knight ONLY are dismissed in this case

with prejudice, and each party will bear their own costs, including attorney fees. This Order does

not affect the claims of the remaining Plaintiffs, Angela Riley and Jodonna Brown.

IT IS SO ORDERED: 1/14/16

_____

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Richard L. Darst
Cohen Garelick & Glazier
8888 Keystone Crossing Boulevard
Suite 800
Indianapolis, IN 46240-4636
Email rdarst@cgglawfirm.com
Attorney for Plaintiffs

Michael P. Palmer
Barnes & Thornburg LLP
700 1st Source Bank Center
100 N. Michigan Street
South Bend, IN 46601-1632
Email michael.palmer@btlaw.com
Attorney for Defendant

R. Holtzman Hedrick
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
holt.hedrick@btlaw.com
Attorney for Defendant