**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANGELA RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:15-cv-391-WTL-DML |
| | ) |
| CITY OF KOKOMO, INDIANA HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court having granted the Defendant's motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendant and against the Plaintiff on all of the Plaintiff's claims.

SO ORDERED: 3/7/17

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification